```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

             CASE N0. 07-61451-CIV-ZLOCH
```

GRANVILLE WILLIAMS,

      Petitioner,

vs.                        **FINAL ORDER OF DISMISSAL**

WALTER A. McNEIL,

      Respondent.
_____/

    THIS MATTER is before the Court upon the Report Re Dismissal §2254 Petition (DE 14) filed herein by United States Magistrate Judge Patrick A. White.  No objections have been filed to said Report. The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.  The Report Re Dismissal §2254 Petition (DE 14) filed herein by United States Magistrate Judge Patrick A. White, be and the same is hereby approved, ratified and adopted by the Court;

    2.  The Petitioner's Petition For Writ Of Habeas Corpus (DE 1) be and the same is hereby **DENIED**;

    3.  The above-styled cause be and the same is hereby **DISMISSED** for lack of subject matter jurisdiction and alternatively as time barred; and

4.  To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    23rd    day of April, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Patrick A. White
United States Magistrate Judge

Granville Williams, Pro Se
A-45-878-396
823 Tarpon Avenue
Stuart, FL 34994

Melanie Surber, Esq., AAG
For Respondent